John J. Talton, Chapter 13 Trustee  
Check No. 830112  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11506 | 012-0 | RICHARD NEWTON ELLIOT<br>Original Check written to:<br>CITIBANK USA<br>P O BOX 9025<br>DES MOINES, IA  50368 | xxxxxxxxxxxx4505 | 0.00 | 206.05 | 0.00 | 206.05 |
| 05-98010 | 999-0 | STEPHEN T PARMLEY<br>Original Check written to:<br>STEPHEN T PARMLEY<br>768 FM 698<br>NACOGDOCHES, TX  75964 | | 0.00 | 305.00 | 0.00 | 305.00 |
| 06-10127 | 012-0 | SCOTT ALLEN RACCA<br>Original Check written to:<br>EAST CHAMBERS ISD<br>C/O TAX ASSESS-COLL CHAMBERS CO<br>PO BOX 519<br>ANAHUAC, TX  77514 | xxxxxxxxxxxxxxxxxx 002 | 0.00 | 154.75 | 0.00 | 154.75 |
| 07-10423 | 026-0 | JEWEL G. COOPER<br>Original Check written to:<br>WACHOVIA BANK, NA<br>C/O BARCLAYS CAPITAL DBA HOMEQ<br>701 CORPORATE CENTER DR, DEFAULT SRV<br>RALEIGH, NC  27607- | 0022 | 0.00 | 819.83 | 43.76 | 863.59 |
| 07-90111 | 002-0 | BRUCE ANDERSON<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC<br>P.O. BOX 9578<br>COPPELL, TX  75019-9578 | xxxxxxxx3669 | 0.00 | 92.82 | 8.03 | 100.85 |
| 08-90117 | 008-0 | WILLIAM HORTON<br>Original Check written to:<br>CITIBANK (SOUTH DAKOTA) N.A.<br>EXCEPTION PAYMENT PROCESSING<br>P.O. BOX 6305<br>THE LAKES, NV  88901-6305 | 2270 | 3,937.61 | 82.13 | 0.00 | 82.13 |
| 10-10037 | 008-0 | ISAAC J. HAYNES<br>Original Check written to:<br>RAYBURN COUNTRY ASSOCIATION<br>P O BOX 5100<br>SAM RAYBURN, TX  75951- | | 1,011.00 | 0.00 | 13.77 | 13.77 |

FILED<br>U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF TX<br>2011 MAY 26 PM 2:44<br>CLERK, U.S. BANKRUPTCY COURT<br>DEPUTY